**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRENT GAY,**

**Plaintiff,**

**v.**

**UNION LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*,**

**Defendants.**

**Case Number 2:25-cv-652**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

This matter is before the Court regarding the status of this case. The Court understands the parties are currently engaged in mediation. (ECF Nos. 83, 85.) Given the ongoing mediation, the Court **STAYS** this case and **HOLDS IN ABEYANCE** the motions currently pending in this action (ECF Nos. 44, 60, 79).

If the parties' forthcoming joint status report (*see* ECF No. 84) indicates mediation was ultimately unsuccessful, the Court will issue an Order lifting the stay, reactivating the motions (ECF Nos. 44, 60, 79), and setting a briefing schedule (response and reply deadlines) for Plaintiff's Motion for Summary Judgment (ECF No. 79).

**IT IS SO ORDERED.**

**9/18/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**